IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| B.A. et al, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 6:24-cv-03266-DPR |
| | ) | |
| DIOCESE OF SPRINGFIELD—CAPE GIRARDEAU et al, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is a Stipulation for Dismissal without Prejudice, signed by both parties. (Doc. 4.) Upon review, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action has been **DISMISSED** without prejudice. The Clerk's Office is directed to close this action.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: December 2, 2024